UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **CHRISTIAN METZLER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**INSURANCE EXPRESS.COM, INC.**, a Florida registered corporation,<br><br>*Defendant,* | Case No. 9:23-cv-80920<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Christian Metzler provides notice of the voluntary dismissal of this action without prejudice. Each party shall bear its own attorney's fees and costs.

DATED this 16th day of August, 2023.

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
**KAUFMAN P.A.**
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
law@stefancoleman.com
Coleman PLLC
66 West Flagler Street
Suite 900
Miami, FL 33130
Telephone: (877) 333-9427

*Attorneys for Plaintiff and the putative Class*